| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Farhad Novian SBN 118129<br>NOVIAN & NOVIAN, LLP<br>1801 CENTURY PARK EAST #1201<br>LOS ANGELES CA 90067<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(310) 553-1222<br><br>Ref. No. or File No.<br>4690-13 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - FIRST STREET FEDERAL COURTHOUSE LOS ANGELES<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>L.A. T-Shirt & Print Inc. v. Fashion Nova, Inc. | | |

| INVOICE NO.<br>2293295 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:18-cv-09984-DSF-JC |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Standing Order for Cases Assigned to Judge Dale S. Fischer;

FASHION NOVA, INC., a California Corporation
 Richard Saghian, Agent for Service

At: 2801 E 46th St
    Vernon, CA 90058

I served the party by substituted service. By leaving copies with:

Traia Nea
 Gender: F   AGE: 30   Height: 5'4   Weight: 120   Race: Caucasian   Hair: Brown   Other:
Whose title is: Person in Charge

On: 12/7/2018                        At: 03:36 PM

A declaration of mailing is attached



Person who served papers

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: 4690-13

| PLAINTIFF/PETITIONER: | L.A. T-Shirt & Print Inc. | CASE NUMBER:<br>2:18-cv-09984-DSF-JC |
|---|---|---|
| DEFENDANT/RESPONDENT: | Fashion Nova, Inc. | |

   a. Name: Cruz M. Gonzalez
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 71.55
   e. I am:
   (3) [X] a registered CA process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 3415
       (iii) County: Los Angeles


   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

12/14/2018

Cruz M. Gonzalez                                                                              >

**Declaration of Service**

**Billing Code:** 4690-13

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Farhad Novian SBN 118129<br>NOVIAN & NOVIAN, LLP<br>1801 CENTURY PARK EAST #1201<br>LOS ANGELES CA 90067<br>ATTORNEY FOR   Plaintiff | (310) 553-1222<br><br>Ref. No. or File No.<br>4690-13 | |

| UNITED STATES DISTRICT COURT - FIRST STREET FEDERAL COURTHOUSE LOS ANGELES |
|---|
| 350 W 1st Street<br>Los Angeles, CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| L.A. T-Shirt & Print Inc. v. Fashion Nova, Inc. |

| INVOICE NO.<br>2293295 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:18-cv-09984-DSF-JC |
|---|---|---|---|---|

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 12/11/2018, I served the within:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Standing Order for Cases Assigned to Judge Dale S. Fischer;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

FASHION NOVA, INC., a California Corporation - Richard Saghian, Agent for Service
2801 E 46th St
Vernon, CA 90058

Declarant:
  a. Name: Milanie Lansangan
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 71.55
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: 6700
      (iii) County: Los Angeles

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

Billing Code: 4690-13

| PLAINTIFF/PETITIONER: | L.A. T-Shirt & Print Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Fashion Nova, Inc. | 2:18-cv-09984-DSF-JC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

12/12/2018

Milanie Lansangan

>

**Declaration of Service by Mail**

**Billing Code:** 4690-13